

NUMBER 13-18-00526-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

LEOBARDO ARAGUZ,                                                    APPELLANT,

v.

DEMPSIE CLINTON AND VICTORIA
CLINTON, ET AL.                                                     APPELLEES.

On Appeal from the 107th District Court
of Cameron County, Texas

ORDER

Before Justices Rodriguez, Contreras, and Benavides
Order Per Curiam

On September 25, 2018, appellant advised the Court that appellees City of Harlingen, Texas, and City of Harlingen, Texas Police Department have filed a "Notice of Removal" removing the case and all parties to the United States District Court for the Southern District of Texas, Brownsville Division on September 18, 2018.

Once removal is effected, the state court loses jurisdiction over the case. 28 U.S.C. § 1446(d); *Resolution Trust Corp. v. Murray*, 935 F.2d 89, 92-93 (5th Cir. 1991). Any order entered by a state court after the case is removed is void for want of jurisdiction. *Resolution Trust*, 935 F.2d at 92-93. Jurisdiction re-vests in the state court when the federal district court executes the remand order and mails a certified copy to the state court. *Quaestor Invs., Inc. v. Chiapas*, 997 S.W.2d 226, 229 (Tex. 1999).

Given these circumstances, we remove this appeal from the Court's docket. This appeal is abated and will be treated as a closed case. The cause may be reinstated on prompt motion by any party showing that the cause has been remanded to state court and specifying what further action, if any, is required from this Court.

PER CURIAM

Delivered and filed
this the 12th day of October, 2018.